## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL PAUL SHELTON,<br><br>   Plaintiff,<br><br>v.<br><br>MCLEOD COUNTY, MCLEOD COUNTY JAIL, SHERIFF SCOTT REHMANN, JOHN DOE, JANE DOES #1–2, and Various Unknown Corrections Officers, Doctors, and Nurses,<br><br>   Defendants. | Civil No. 16-466 (JRT/SER)<br><br>**ORDER** |

Michael Paul Shelton, 8527 Woodlawn Drive, Apt B101, Rockford, MN 55373, *pro se* plaintiff.

Jason M. Hiveley, Andrew A. Wolf, **IVERSON REUVERS CONDON,** 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants.

A Report and Recommendation was filed by United States Magistrate Judge Steven E. Rau, dated May 1, 2018 [Docket No. 53]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court ADOPTS the Report and Recommendation of the Magistrate Judge. **IT IS HEREBY ORDERED** that:

   1.   Defendants McLeod County, McLeod County Jail, Sheriff Scott Rehmann, John Doe, Jane Does #1–2, and Various Unknown Corrections Officers, Doctors, and Nurses' Motion for Dismissal and/or Summary Judgment [Doc. No. 33] is **GRANTED**;

2. Claims against unnamed Defendants John Doe, Jane Does #1–2, and Various Unknown Corrections Officers, Doctors, and Nurses are **DISMISSED without prejudice**;

3. Claims against the remaining Defendants are **DISMISSED with prejudice**; and

4. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 24, 2018
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court